UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN MITCHELL, et al.,

                Plaintiff,

    v.

OPPENHEIMER & CO., INC., et al.,

                Defendants.

CASE NO. C25-5907 BHS

ORDER

THIS MATTER is before the Court on pro se defendant John Wood's motion to compel FINRA arbitration, Dkt. 25. Wood's supplemental brief, Dkt. 29, joins defendant Oppenheimer's motion to dismiss, Dkt. 14, and asserts that because the plaintiffs were not Oppenheimer customers, they are "not entitled to arbitrate their claims[.]" He also now asserts that the Court does not have jurisdiction over the case.

Though he does not expressly withdraw his motion to compel arbitration, his current position is inconsistent with his motion. Wood's motion to compel arbitration, Dkt. 25, is therefore **DENIED**. The motion to dismiss, Dkt. 14, will be addressed in a separate order.

ORDER - 1

IT IS SO ORDERED.

Dated this 3rd day of March, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2